SEPTEMBER 10, 2012

No. 11–1538. ECKSTEIN MARINE SERVICE, L. L. C., NKA MARQUETTE TRANSPORTATION COMPANY GULF-INLAND, L. L. C. v.

966

JACKSON. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 46.1.